Gus BREEDING v. STATE. (8 Div. 46.) (Court of Appeals of Alabama. June 30, 1923.) Appeal from Morgan County Court; W. T. Lowe, Judge. Gus Breeding was convicted of violating the prohibition law, and he appeals. Reversed and rendered. Affidavit was made before Frank J. Davis, a justice of the peace for Morgan county, on May 3, 1922, and warrant for the arrest of defendant, returnable to the county court, was issued by the justice on the same day. W. H. Long, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

Counsel argue for and against error in rulings on the trial, but in view of the decision it is not necessary to set out the brief.

BRICKEN, P. J. The points of decision and the record in this case are identical with the case of 8 Div. 124, Sam Brown v. State, 96 South. 726,[1] appealed to this court from the Morgan county court, and decided by this court on June 5, 1923. On the authority of the decision in the Sam Brown v. State Case, the judgment appealed from in this case is reversed, and, as it affirmatively appears that the statute of limitations has intervened as to this

[1] Ante, p. 256.

charge against the appellant, an order is here made discharging the defendant from further custody. Reversed and rendered.